IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **JULIUS E. WILLIAMS,** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. __3:23cv605__ |
| **DOUGLAS R. SHED,** | ) |
| and | ) |
| **BRUCE OAKLEY, INC.,** | ) |
| *Defendants*. | ) |

## NOTICE OF REMOVAL

Defendants Douglas R. Shed and Bruce Oakley, Inc. ("Defendants"), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove to this Court the state court action described below, which was filed in the General District Court for the City of Richmond, Virginia. As grounds for removal, Defendants state as follows:

1. On or about March 6, 2023, Plaintiff Julius E. Williams filed a Motion for Judgement in the General District Court for the City of Richmond. At that time, the *ad damnum* was $50,000.00. A copy of the Motion for Judgement and service paperwork is attached as **Exhibit A**.

2. On or about August 23, 2023, Plaintiff Julius E. Williams filed a Motion to Transfer Venue and Increase the *Ad Damnum* in the General District Court for the City of Richmond. A copy of the Motion to Transfer is attached as **Exhibit B.**

3. Plaintiff now seeks $680,000.00 as set out in the Motion to Transfer Venue and Increase the *Ad Damnum*, which is in excess of the $75,000.00 amount in controversy threshold for removal to this Court.

4. Defendant Douglas R. Shed is a citizen of Texas and has been since the date the action was filed.

5. Defendant Bruce Oakley, Inc. is incorporated and has its principal place of business in Arkansas.

6. Plaintiff makes no allegation regarding citizenship in his Motion for Judgement. On information and belief, Plaintiff is a Virginia resident.

7. The Court has diversity jurisdiction over the action, pursuant to 28 U.S.C. § 1332, because (1) complete diversity of citizenship exists between the parties, and (2) the amount in controversy now exceeds $75,000.00, exclusive of costs and interest.

8. Venue is proper in this Court, pursuant to 28 U.S.C. § 1441(a), because the underlying action is pending in a Virginia state court embraced within the district and division of the Court.

9. This removal is timely, pursuant to 28 U.S.C. § 1446(b)(1), because this notice is filed within thirty (30) days after Defendants' receipt of Plaintiff's Motion to Transfer Venue and Increase the *Ad Damnum* which raised the amount in controversy above the $75,000.00 threshold, thus rendering the matter subject to removal.

10. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, Defendants will notify and file a copy of this Notice with the Clerk for the General District Court for the City of Richmond. A copy (pleading only without exhibits) is attached hereto as **Exhibit C**.

WHEREFORE, Defendants Douglas R. Shed and Bruce Oakley, Inc., by counsel, respectfully remove this case from the General District Court for the City of Richmond to the United States District Court for the Eastern District of Virginia, Richmond Division.

Respectfully submitted,

**DOUGLAS R. SHED and BRUCE OAKLEY, INC.**

By: */s/ Jeffrey P. Miller*
      Counsel

Ashley W. Winsky (VSB No. 79224)
Jeffrey P. Miller (VSB No. 89410)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia  23218
Telephone:  (804) 297-3704
winsky@gentrylocke.com
miller@gentrylocke.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the clerk of the court for the United States District Court for the Western District of Virginia on this 22nd day of September, 2023 using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys on the NEF, including:

Gregory T. O'Halloran, Esquire (VSB No. 48618)
The Joel Bieber Firm
6806 Paragon Place, Suite 100
Richmond, Virginia 23230
gohalloran@joelbieber.com
(804) 358-2200 – Telephone
(804) 358-2262 – Facsimile

3

*Counsel for Plaintiff*

    */s/ Jeffrey P. Miller*
Ashley W. Winsky (VSB No. 79224)
Jeffrey P. Miller (VSB No. 89410)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia  23218
Telephone:  (804) 297-3704
winsky@gentrylocke.com
miller@gentrylocke.com

*Counsel for Defendants*