IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JULIUS E. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23cv605-MHL ) |
| DOUGLAS R. SHED, | ) ) |
| and | ) ) |
| BRUCE OAKLEY, INC., | ) ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, having resolved the matter, hereby agree and stipulate that this action shall be dismissed with prejudice. The parties further represent that there are no counterclaims, crossclaims, or third-party claims in this actions. Each party agreed to bear its own costs and attorney's fees.

WE ASK FOR THIS:

/s/ Jeffrey P. Miller
Ashley W. Winsky (VSB No. 79224)
Jeffrey P. Miller (VSB No. 89410)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia 23218
Telephone: (804) 297-3704
winsky@gentrylocke.com
miller@gentrylocke.com

*Counsel for Defendants*

SO ORDERED

/s/ M//L
M. Hannah Lauck
United States District Judge

03/08/2024

*/s/ Gregory T. O'Halloran*
Gregory T. O'Halloran (VSB No. 48618)
The Joel Bieber Firm
6806 Paragon Place, Suite 100
Richmond, Virginia 23230
Telephone: (804) 358-2200

*Counsel for Julius Williams*